IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUTUMN MARTINI | : | CIVIL ACTION |
| v. | : | |
| JOB SHERPA, LLC, et al. | : | NO. 18-4805 |

## ORDER

AND NOW, this 10th day of May, 2022, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiff Autumn Martini for default judgment as to damages against defendant Job Sherpa, LLC (Doc. #7) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.